IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **RYAN BADII,** § | |
| § | |
| *Plaintiff,* § | |
| § | |
| VS. § | |
| § | **CIVIL ACTION NO. 3:12-CV-04541** |
| **RICK'S CABARET INTERNATIONAL** § | |
| **INC, XTC CABARET (DALLAS), INC.,** § | |
| **XTC CABARET, INC., AND XTC** § | |
| **CABARET,** § | |
| § | |
| *Defendants.* § | |

# APPENDIX TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Monte K. Hurst
State Bar No. 00796802
monte.hurst@hsblaw.com

Adam Reed
State Bar No. 24002811
adam.reed@hsblaw.com

HERMES SARGENT BATES, LLP
901 Main Street, Suite 5200
Dallas, Texas  75202
214.749.6000
(f) 214.749.6100

*Counsel for Rick's Cabaret International Inc., XTC Cabaret (Dallas), Inc., XTC Cabaret, Inc. and XTC Cabaret*

## TABLE OF CONTENTS

| EXHIBIT | DOCUMENT | PAGES |
|---|---|---|
| A | Original Complaint (November 13, 2012) | APP 1 – 17 |
| B | Defendants' Original Answer (December 10, 2012) | APP 18 – 42 |
| C | Oral and Videotaped Deposition of Ryan J. Badii, September 12, 2013 | APP 43 – 133 |
| D | Affidavit of Josh Stern (November 15, 2013) | APP 134 – 142 |
| E | Affidavit of Jennifer Andis (November 13, 2013) | APP 143 – 148 |
| F | Affidavit of Amy Crenshaw (November 15, 2013) | APP 149 – 152 |
| G | Affidavit of Ed Anakar (November 15, 2013) | APP 153 – 155 |
| H | Certified copy of administrative EEOC file in *Ryan J. Badii v. Rick's Cabaret International, Inc. d/b/a XTC Cabaret,* Charge No. 450-2012-03750 | APP 156 – 191 |

        Respectfully submitted,

        HERMES SARGENT BATES, LLP
        901 Main Street, Suite 5200
        Dallas, Texas 75202
        214.749.6000

By:   *Monte K. Hurst*
        Monte K. Hurst
        State Bar No. 00796802
        monte.hurst@hsblaw.com

        Adam Reed
        State Bar No. 24002811
        adam.reed@hsblaw.com

        *Counsel for Rick's Cabaret International Inc., XTC Cabaret (Dallas), Inc., XTC Cabaret, Inc. and XTC Cabaret*

## CERTIFICATE OF SERVICE

On November 15, 2013, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served Plaintiff's counsel as follows electronically or by another manner authorized by Rule 5(b)(2) of the Federal Rules of Civil Procedure:

Mr. Vishal Chander
THE CHANDER LAW FIRM
3102 Maple Avenue, Suite 450
Dallas, Texas  75201

                                                    *Monte K. Hurst*
                                                    Monte K. Hurst



**EXHIBIT E**

**APP 143**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RYAN BADII, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. 3:12-CV-04541 |
| RICK'S CABARET INTERNATIONAL INC, XTC CABARET (DALLAS), INC., XTC CABARET, INC., AND XTC CABARET, | § § § § | |
| | § | |
| Defendants. | § | |

# AFFIDAVIT OF JENNIFER ANDIS

BEFORE ME, the undersigned authority, on this day personally appeared Jennifer Andis, who by me being duly sworn, deposed as follows:

1. My name is Jennifer Andis. I am over 18 years of age and of sound mind. I am personally acquainted with the facts stated herein and affirm the following is true and correct.

2. Defendant XTC Cabaret (Dallas), Inc. (the "Club") is an adult nightclub that offers live nude entertainment. I came to work at the Club in October 2009, and I worked there until June 2012, when I voluntarily resigned to pursue other employment opportunities. Initially, I worked as a waitress, then as a bartender and door hostess charging admission to the patrons. I was then promoted to Cage Cashier. The "Cage" is simply a nickname for the backroom at the Club (and other adult nightclubs) in which the large safe is located. The safe holds the Club's money.

3. At the end of each shift, each bartender and hostess would turn in his/her cash money collected during that shift, minus any amount in tips that he/she may retain. The Cage Cashier would collect this money through the Cage window, account for it, and deposit it into the safe. The Cage Cashier would have to perform these job functions conscientiously, to ensure the proper accounting of the money. The Cage remained locked at all times, and only the Club's managers and the Cage Cashier had access keys.

**APP 144**

4. Ryan Badii, an assistant manager at the Club, interviewed me in or around September 2009 and hired me shortly thereafter. I worked many shifts with Mr. Badii over the course of my employment at the Club, which lasted over two and one-half years.

5. Mr. Badii often referred to Christine Goodgion, the Club's House Mom, as "Navajo," in making fun of Ms. Goodgion's American-Indian heritage. I frequently heard Mr. Badii make racial/ethnic slurs when referring to the Club's customers. I heard Mr. Badii refer to African-American customers as "Niggers." I heard Mr. Badii refer to Hispanic customers as "Wetbacks" and "Spics." I heard Mr. Badii refer to Asian customers as "Chinks." Mr. Badii would make these racial/ethnic slurs not only when he was angry with a particular group's rowdy activity at the Club, but also in jest.

6. I heard Mr. Badii speak very unkindly to dancers at the Club. In several separate instances, I heard Mr. Badii insult a dancer by calling her a "low-life whore."

7. Often times when I was working in the Cage, I would see that Mr. Badii had brought a handgun to the Club. I did not believe that Mr. Badii was supposed to be bringing a handgun to the Club, and I was unaware of whether he was even licensed to carry a handgun. Mr. Badii would often ask me to open the safe for him, so that he could place his handgun in the safe or take his handgun out of the safe. I heard Mr. Badii threaten to shoot other people several times. In one instance, Mr. Badii threatened Robert Bonilla that he would shoot him. In another instance, Mr. Badii threatened Jose Franco that he would shoot him. I even remember one instance in which Mr. Badii threatened to shoot me.

8. I came over to the Club in the early morning of Monday, February 6, 2012, to assist the Cage Cashier in her accounting responsibilities for that shift. Mr. Badii was the "Closing Manager" for that shift. As Closing Manager for that shift, Mr. Badii was responsible for being present at the Club during the entire shift, including well past the Club's closing at 5:00 a.m., to make certain that all of the money had been accounted for and placed in the safe, to submit the final sales report on the Club's website, and to lock up the Club. However, when it came time to run the final sales report for the shift, we noticed that Mr. Badii was not at the Club. I continuously tried to call Mr. Badii on his cell phone. But, he was not answering it. We also went outside the Club to look around the parking lot for Mr. Badii's vehicle. Mr. Badii's vehicle was not in the parking lot.

9. At approximately 6:41 a.m. on February 6, 2012, I drafted and sent an e-mail message to Josh Stern, the Club's General Manager, advising him that Mr. Badii had left the Club without telling anyone. Attached hereto as Exhibit E-1 is a true and correct copy of the e-mail message that I sent to Mr. Stern on February 6, 2012.

FURTHER AFFIANT SAYETH NOT.

_____
JENNIFER ANDIS

SUBSCRIBED AND SWORN TO BEFORE ME on this 13 day of November, 2013.

_____
Notary Public in and for the State of Texas

**TRACI LANDRY**
Notary Public, State of Texas
My Commission Expires
January 22, 2017

-3-

**APP 146**



EXHIBIT E-1

APP 147

**From:** Jennifer Andis
**Sent:** Monday, February 06, 2012 6:41 AM
**To:** Josh Stern
**Subject:**

Please don't show Ryan this because he will make my life hell...

I stopped by to help Christy so she could get out of here early, just so you know...

Anyway, Ryan left without telling anyone anything. Luckily, Chuy and Eddie stuck around or else Christy would've been by herself had I not been here too.

Dean said his guys won't be here until 7 AM but he'll stick around since there's no one that can lock up the club.

Chuy, Christy and I have repeatedly called Ryan with no response and Christy was finished with her work around 6:15 AM