IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RYAN BADII, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. 3:12-CV-04541 |
| RICK'S CABARET INTERNATIONAL INC, XTC CABARET (DALLAS), INC., XTC CABARET, INC., AND XTC CABARET, | § § § § | |
| | § | |
| *Defendants.* | § | |

# APPENDIX TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

 

Monte K. Hurst
State Bar No. 00796802
monte.hurst@hsblaw.com

Adam Reed
State Bar No. 24002811
adam.reed@hsblaw.com

HERMES SARGENT BATES, LLP
901 Main Street, Suite 5200
Dallas, Texas  75202
214.749.6000
(f) 214.749.6100

*Counsel for Rick's Cabaret International Inc., XTC Cabaret (Dallas), Inc., XTC Cabaret, Inc. and XTC Cabaret*

## TABLE OF CONTENTS

| EXHIBIT | DOCUMENT | PAGES |
|---|---|---|
| A | Original Complaint (November 13, 2012) | APP 1 – 17 |
| B | Defendants' Original Answer (December 10, 2012) | APP 18 – 42 |
| C | Oral and Videotaped Deposition of Ryan J. Badii, September 12, 2013 | APP 43 – 133 |
| D | Affidavit of Josh Stern (November 15, 2013) | APP 134 – 142 |
| E | Affidavit of Jennifer Andis (November 13, 2013) | APP 143 – 148 |
| F | Affidavit of Amy Crenshaw (November 15, 2013) | APP 149 – 152 |
| G | Affidavit of Ed Anakar (November 15, 2013) | APP 153 – 155 |
| H | Certified copy of administrative EEOC file in *Ryan J. Badii v. Rick's Cabaret International, Inc. d/b/a XTC Cabaret,* Charge No. 450-2012-03750 | APP 156 – 191 |

        Respectfully submitted,

        HERMES SARGENT BATES, LLP
        901 Main Street, Suite 5200
        Dallas, Texas 75202
        214.749.6000

By:   *Monte K. Hurst*
        Monte K. Hurst
        State Bar No. 00796802
        monte.hurst@hsblaw.com

        Adam Reed
        State Bar No. 24002811
        adam.reed@hsblaw.com

        *Counsel for Rick's Cabaret International Inc., XTC Cabaret (Dallas), Inc., XTC Cabaret, Inc. and XTC Cabaret*

## **CERTIFICATE OF SERVICE**

On November 15, 2013, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served Plaintiff's counsel as follows electronically or by another manner authorized by Rule 5(b)(2) of the Federal Rules of Civil Procedure:

    Mr. Vishal Chander
    THE CHANDER LAW FIRM
    3102 Maple Avenue, Suite 450
    Dallas, Texas  75201

                *Monte K. Hurst*
                Monte K. Hurst



**EXHIBIT F**

**APP 149**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RYAN BADII, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. 3:12-CV-04541 |
| RICK'S CABARET INTERNATIONAL INC, XTC CABARET (DALLAS), INC., XTC CABARET, INC., AND XTC CABARET, | § § § § | |
| | § | |
| Defendants. | § | |

## AFFIDAVIT OF AMY CRENSHAW

BEFORE ME, the undersigned authority, on this day personally appeared Amy Crenshaw, who by me being duly sworn, deposed as follows:

1. My name is Amy Crenshaw. I am over 18 years of age and of sound mind. I am personally acquainted with the facts stated herein and affirm the following is true and correct.

2. I was the Office Manager for XTC Cabaret (Dallas), Inc. from February 2010 to July 2012, and I remain a part-time independent contractor for the company. XTC Cabaret (Dallas), Inc. (the "Club") is an adult nightclub that offers live nude entertainment. As Office Manager, I primarily managed payroll, but I also supervised staff at both Onyx and XTC Cabaret clubs in the Dallas/Fort Worth area. In my experience, the employees of the Club are racially diverse and the working environment includes individuals from a variety of racial, ethnic, and religious backgrounds.

3. When I first started working for XTC Cabaret (Dallas), Inc. (the "Club"), Mr. Badii was already working at the Club. I worked closely with Mr. Badii regarding payroll and tip issues, as they arose.

4. At the Club, in addition to their salary/wages, managers also received "tipouts" as a part of their compensation. Throughout an evening when the Club is open, managers will often receive tips from customers for various customer service activities like arranging a table for VIP customers or bringing entertainers requested by customers. At the end of the night, these tips are collected, split evenly between the number of

-1-

**APP 150**

-2-

managers working that night, and then distributed to the managers as a "tipout" for the evening. Although there is not a formal, written policy regarding the distribution of the tipouts, it is understood that they are given in equal amounts to the managers and I never gave unequal tipouts to managers, nor did I witness Josh Stern, General Manager, giving unequal tipouts.

5. When a cocktail waitress receives a tip, as opposed to a manager, she is entitled to that full tip amount. This is true whether the tip is given in cash, "Dance Dollars" (money to be used in the Club only), or on credit cards.

6. I remember receiving multiple complaints about Mr. Badii taking tips from waitresses and entertainers. In particular, I remember an incident with a cocktail waitress named Amanda Norris. Ms. Norris complained that Mr. Badii had taken the tip from a credit card, given by one of her regular customers.

7. When I worked with Mr. Badii, he often used racial slurs and derogatory language with employees. I witnessed him threatening and yelling at employees and, I believe, trying to embarrass them. He also told me once that he kept a gun in his car.

8. I personally witnessed, on a number of occasions, Mr. Badii calling Christine Goodgion, "Navajo," rather than calling her by her name. Ms. Goodgion is House Mom, supervising and supporting the entertainers, and she also worked in the "Cage," the back room at the Club where the large safe is located. Ms. Goodgion is of Native American heritage, but I understand that she is not of the Navajo tribe or affiliation. Mr. Badii also asked Ms. Goodgion if she liked to smoke peyote. I understood this to also be meant as a derogatory reference to a Native American stereotype.

FURTHER AFFIANT SAYETH NOT.

_____
AMY CRENSHAW

SUBSCRIBED AND SWORN TO BEFORE ME on this 15th day of November, 2013.

_____
Notary Public in and for the State of Texas

MARVIN HUCKABY JR
Notary Public
STATE OF TEXAS
My Comm. Exp. March 28, 2017

-3-

**APP 152**