## VERDICT OF THE JURY

We, the jury, have answered the foregoing questions in the manner indicated in this verdict form, and returned these answers into Court as our verdict.

DATE 02-21-2014

_Kathleen Payne_
FOREPERSON

QUESTION NO. 1

Did Ryan Badii prove each of the essential elements of his hostile work environment claim against Defendants?

Answer "Yes" or "No."

ANSWER     NO